UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:98-CR-108-003/LAC

JEREMY L. HAGAN

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee,__ Bond, __ Other (Specify) _____

By: _____Jeremy Hagan____(Payee)
Address:   201 Dwight Ave.
                  Pensacola, FL 32507

Receipt Number __4-4822__

Date of Receipt __6/2/08__

Motion: N/A

Explanation: On March 25, 2008 the Clerk's Office received $893.00 from the Treasury Offset Program (TOP) for Mr. Hagan's case.  Mr. Hagan has been making payments of $50.00 a month.  On June 2, 2008 his $50.00 payment paid his fine in full, as well as, an $8.00 overpayment.  Requesting authorization to refund the $8.00 overpayment, as well as, any other payments from Mr. Hagan for this case.  There may be a timing difference in him receiving notice that the case is paid in full.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: __s/Philip Detweiler_____
                     Philip Detweiler, Financial Specialist            Date:  June 6, 2008

Referred by: Mary Maloy,  Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 6th day of June, 2008, that the Clerk refund the identified funds to the payee.

APPROVED_____X_____

DENIED_____                        _____s/L.A. Collier_____
                                                                             LACEY A. COLLIER
                                                                 SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99